**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 06-0427-PCT-SMM |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Willard Begay, | ) | |
| Defendant. | ) | |

Pending before the Court is defendant Willard Begay's Motion to Continue Trial and Time for Pretrial Motions and to Vacate Status Conference. (Dkt. 21.) Defendant requests an extension of time to file pretrial motions and a continuance of the August 1, 2006 trial date because he needs additional time to complete investigation in the case. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Continue Time to file Pretrial Motions. (Dkt. 21.) Defendant shall have until July 19, 2006 to file pretrial motions.

**IT IS FURTHER ORDERED GRANTING** Defendant's Motion to Continue Trial pursuant to 18 U.S.C. § 3161(h)(8)(A), (B)(iv), and (h)(1)(F). (Dkt. 21.) This Court specifically finds, pursuant to 18 U.S.C. §3161(h)(8)(A), that the ends of justice served by granting a continuance of the trial date outweigh the best interest of the public and the defendant in a speedy trial. This finding is based upon the Court's finding that defense

counsel needs more time to conduct investigation in the case.  Thus, the failure to grant the requested continuance would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

**IT IS FURTHER ORDERED** that the trial date be continued from August 1, 2006 to Tuesday, October 3, 2006 at 9:00 a.m.

**IT IS FURTHER ORDERED VACATING** the status conference previously scheduled for July 18, 2006 at 3:30 p.m.  (Dkt. 20.)

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)(8)(A) will commence on July 13, 2006 for a total of 83 days.

DATED this 13th day of July, 2006.

_____
Stephen M. McNamee
United States District Judge

- 2 -